**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Yoeu Inc,

Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule A,

Defendants.

Case No.: 1:26-cv-03726

Honorable Thomas M. Durkin

## ORDER AUTHORIZING DEDUCTION AND REMITTANCE OF SETTLEMENT FUNDS FROM E-COMMERCE PLATFORM

Plaintiff Yoeu Inc ("Plaintiff") and Defendants listed in Exhibit 1 ("Defendants") (collectively, the "Parties") reached settlements in this case and executed Settlement Agreements. Among other terms, the Parties agreed that the Defendants shall pay Plaintiff the settlement in the amounts identified in Exhibit 1 through a deduction directly from the Defendants' Amazon seller accounts.

It is therefore ordered that Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") shall deduct the amounts identified in Exhibit 1 from the Amazon seller accounts associated Defendants identified therein and remit those amounts to Plaintiff's counsel within seven (7) days of receiving this Order.

IT IS SO ORDERED.

Dated: June 29, 2026

Thomas M Durkin

Thomas M. Durkin
United States District Judge

## EXHIBIT 1

| No. | Defendant Store Name | Merchant ID | Settlement Amount (USD) |
| --- | --- | --- | --- |
| 1 | Heavenly reward12 | A1F6QZACDXFDK | $15,100 |
| 2 | LIUZHENWANGGUANCUN | A1Y9OL4FQWNIRS | $8,800 |
| 3 | Zhuorun Works | A3QMHV6FRGMUZU | $9,800 |
| 4 | Ganzhou Baolong Signage | A1FAF7861YGFWZ | $8,200 |
| 5 | MaiduoKun Commerce | A2G4KYVGZYYV42 | $6,400 |
| 6 | ZhanYin | A18HGG1OFP9CK8 | $3,800 |
| 7 | Beilu Huiyuan | A3C0JK17WB8Q42 | $3,300 |
| 8 | Hengwu Mercantile | A247NCI0MGSTJU | $2,900 |
| 9 | Yingpeilan Collection | A2PD2X25UUIIDR | $2,900 |
| 10 | Yeah Health Plus | A1V3P0MR966D7W | $2,200 |
| 11 | maicvhdusgvs | AQGI5333RDJ1D | $2,100 |
| 12 | guangzhoutuchashangmaoyouxiangongsi | AMXKMJ7QSH0AS | $1,900 |
| 13 | YUANFANGWANGLUO | A3OTUAVUZ9K8I4 | $12,700 |
| 14 | Ganzhou Erhang Build | AW6OLPYE209OS | $11,800 |
| 15 | ZhonghuiTong Business | A2MDVSMDL1TZOF | $10,800 |
| 16 | Global Pioneer Station | A22MIWX19DGCNY | $9,300 |
| 17 | JingKeJinShi | A1M155NG4QFXQU | $8,200 |
| 18 | Chudanba Union | A201LAZ2PFT47K | $7,800 |
| 19 | Xipij DianSam | A3VE9IQ71H2AKZ | $7,200 |
| 20 | qinlinbo_168 | A1QWY34Y0EW7QX | $6,100 |
| 21 | Busarus Avenue | A8WG8282HIQQY | $5,100 |
| 22 | dawangsblelelel | A114PU5VQICQW6 | $4,800 |
| 23 | ChangXinYuanGongCheng-US(Fast Delivery 7-14 Days) | A344TM0CVXJHXQ | $3,600 |
| 24 | JiaAoFuShi | AUOTWNR33O02K | $3,000 |
| 25 | shangraoshichengruifengmaoyiyouxiangongsi | A1TMOUZUCFYGOW | $2,700 |
| 26 | sunjinhuan-US(Fast Delivery 7-14 Days) | A2IHT3JUXNYZ4V | $2,400 |
| 27 | LVM AURA | A1MZTU9WZ3WWFG | $2,000 |